LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

APR 24 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00024 |
| Plaintiff, | **INFORMATION** |
| vs. | **DRIVING UNDER THE INFLUENCE OF ALCOHOL (BAC)** [16 GCA §18102(b) and 18 U.S.C. §§ 7(3) and 13] |
| JENNIFER M. AGBANLOG, | **DRIVING UNDER THE INFLUENCE OF ALCOHOL** [16 GCA §18102(a) and 18 U.S.C. §§ 7(3) and 13] |
| Defendant. | **NO DRIVER'S LICENSE** [16 GCA §3101(a) and 18 U.S.C. §§ 7(3) and 13] |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT I - DRIVING UNDER THE INFLUENCE OF ALCOHOL (BAC)**

On or about 16 March 2008, in the District of Guam, the defendant, JENNIFER AGBANLOG, at U.S. Naval Base Guam, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, did operate or was in physical control of a motor vehicle while he had 0.08% or more, by weight, of alcohol in her blood, in violation of 16 Guam Code Annotated, Section 18102(b)(as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3) and 13.

ORIGINAL

## COUNT II - DRIVING UNDER THE INFLUENCE OF ALCOHOL

On or about 16 March 2008, in the District of Guam, the defendant, JENNIFER AGBANLOG, at U.S. Naval Base Guam, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, did operate or was in physical control of a motor vehicle while under the influence of alcohol, in violation of 16 Guam Code Annotated, Section 18102(a)(as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3) and 13.

## COUNT III - NO DRIVER'S LICENSE

On or about 16 March 2008, in the District of Guam, the defendant, JENNIFER AGBANLOG, at U.S. Naval Base Guam, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, did operate a motor vehicle upon a highway without having in her immediate possession a valid operator's license, in violation of 16 Guam Code Annotated, Section 3101(a) and Title 18, United States Code, Sections 7(3) and 13.

DATED this 22nd day of April, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
RYAN M. ANDERSON
Special Assistant U.S. Attorney

| | | |
|---|---|---|
| **Criminal Case Cover Sheet** | | **U.S. District Court** |

**Place of Offense:**

City     Hagatna     Related Case Information:     **08-00024**

Country/Parish _N/A_

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No _X_     Matter to be sealed: ___ Yes _X_ No

Defendant Name     Jennifer M. Agbanlog

Alliasas Name _____

Address _____

Santa Rita, Guam

Birth date _XX/XX/1986_ SS# _XXX-XX-9254_ Sex _F_ Race _UNK_ Nationality _US_

**U.S. Attorney Information:**

SAUSA _Ryan M. Anderson_

Interpreter: _X_ No ___ Yes     List language and/or dialect: _N/A_

**Location Status:**

Arrest Date _16 Mar 08_

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

RECEIVED APR 24 2008 DISTRICT COURT OF GUAM HAGATNA, GUAM

**U.S.C. Citations**

Total # of Counts: __3__     ___ Petty _X_ Misdemeanor ___ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 7(3) and 13 | DRIVING UNDER THE INFLUENCE OF ALCOHOL | 1 |
| Set 2 | 18 U.S.C. § 7(3) and 13 | DUI (BAC) | 1 |
| Set 3 | 18 U.S.C. § 7(3) and 13 | NO DRIVER'S LICENSE | 1 |
| Set 4 | | | |

(Continued on reverse)

Date: _4/24/08_     Signature of SAUSA: _[signature]_