LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**IN THE DISTRICT COURT OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00024 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| JENNIFER M. AGBANLOG, | ) | |
| Defendant. | ) | |

Upon the filing of an Information and at the request of the United States,

**IT IS HEREBY ORDERED** that a summons be issued for the above-named defendant to appear before this court on Tuesday, May 6, 2008, at 9:15 a.m.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
**Dated: Apr 28, 2008**