**FILED**
**DISTRICT COURT OF GUAM**

MAY 0 6 2008

GUAM

**JEANNE G. QUINATA**
**Clerk of Court**

# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**

**JENNIFER M. AGBANLOG**

Case Number:  **CR-08-00024-001**

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>3rd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Before:  **Honorable Joaquin V. E. Manibusan, Jr.** | **302** |
| | Date and Time<br>**Tuesday, May 6, 2008 at 9:15 a.m.** |

To answer a(n)

☐ Indictment  **X** Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

Driving Under the Influence of Alcohol (BAC), 16 GCA § 18102(b) and 18 U.S.C. §§ 7(3) and 13 - Count 1

Driving Under the Influence of Alcohol, 16 GCA § 18102(a) and 18 U.S.C. §§ 7(3) and 13 - Count 2

No Driver's License, 16 GCA § 3101(a) and 18 U.S.C. §§ 7(3) and 13 - Count 3

ORIGINAL

**MARILYN B. ALCON; Deputy Clerk**
Name and Title of Issuing Officer

Signature of Issuing Officer

**April 28, 2008**
Date

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | 5/6/08 |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at:

US District Court – Hyatts, Ga

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on ___5/6/08___
     Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.