# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-08-00024                     DATE: May 06, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori            Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio     Electronically Recorded: 9:25:41 - 9:32:59

**APPEARANCES:**
Defendant: Jennifer M. Agbanlog          Attorney: Richard Arens
☑ Present ☐ Custody ☐ Bond ☑ P.R.        ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Ryan Anderson                                    U.S. Agent:
U.S. Probation: Christopher Duenas
Interpreter:                                                    Language:

**PROCEEDINGS: Initial Appearance on an Information and Arraignment**
- Financial Affidavit reviewed and accepted: Federal Public Defender appointed to represent the defendant.
- Defendant waives her right to trial, judgment and sentencing by a district judge and consents to proceed before the U.S. Magistrate Judge.
- Plea entered: Not guilty
- Trial Scheduling Order executed. Trial set for July 8, 2008 at 9:30 a.m.
- Defendant released.

NOTES: