PS 40
(REV. 6/05)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

### NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO**: United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

**FROM**: John W. San Nicolas II, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

[X] **Original Notice**   [ ] **Notice of Disposition**

Date: **May 6, 2008**       Date: _____

By: **Joaquin V.E. Manibusan**
**U.S. Magistrate Judge**       By: _____

---

Defendant: **AGBANLOG, Jennifer M.**        Case Number: **Criminal Case #08-00024-001**

Date of Birth: **XX-XX-1986**        Place of Birth: **Saipan, CNMI**

SSN: **XXX-XX-9254**

================================================================

**NOTICE OF COURT ORDER** (Order Date:    **May 6, 2008**    )

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. Probation Office, District of Guam.**

---

### NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[ ] Defendant convicted.

---

Distribution:
U.S. District Court
Pretrial Case File
Filed with surrendered passport (if applicable)
Department of State
　☐ Not Convicted - PS40/Passport returned to defendant.
　☐ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
　☐ Convicted - PS40 and copy of Judgment enclosed.
Defendant (or representative)