# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-08-00024  DATE: June 24, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio  Electronically Recorded: 9:29:27 - 9:32:03

**APPEARANCES:**

Defendant: Jennifer M. Agbanlog  Attorney: John Gorman
DEFENDANT NOT PRESENT  ☑ Present ☐ Retained ☑ FPD ☐ CJA
☐ Present ☐ Custody ☐ Bond ☐ P.R.

U.S. Attorney: Andrew Henderson  U.S. Agent:
U.S. Probation: Grace Flores
Interpreter:  Language:

**PROCEEDINGS: Change of Plea**
- Defense request for a one (1) week continuance granted.
- Change of Plea continued to: July 1, 2008 at 9:30 a.m.

NOTES: