**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**CHANGE OF PLEA**

CASE NO.: CR-08-00024  DATE: July 01, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Reporter: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio  Electronically Recorded: 9:48:03 - 10:04:03

**APPEARANCES:**
Defendant: Jennifer M. Agbanlog  Attorney: John Gorman
☑ Present ☐ Custody ☐ Bond ☑ P.R.  ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Ryan Anderson  U.S. Agent:
U.S. Probation: Christopher Duenas
Interpreter:  Language:

**PROCEEDINGS: Change of Plea**
- Pen and ink changes made to plea agreement.
- Defendant sworn and examined.
- Plea entered: Guilty
- Plea: Accepted.
- Sentencing set for: September 29, 2008 at 10:00 a.m.
- Draft Presentence Report due to the parties: August 25, 2008
- Response to Presentence Report: September 8, 2008
- Final Presentence Report due to the Court: September 22, 2008
- Defendant released as previously ordered by this Court.

NOTES: