
JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JENNIFER M. AGBANLOG

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 08-00024 |
| Plaintiff, | ) ) | STIPULATION TO MODIFY DEFENDANT'S ORDER SETTING |
| vs. | ) ) | CONDITIONS OF RELEASE |
| JENNIFER M. AGBANLOG, | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the defendant's release conditions be modified so that her release conditions are revoked for a period of 48 hours to begin at 9:00 a.m. on Friday, August 22, 2008 to 9:00 a.m. on Sunday, August 24, 2008. The defendant will turn herself in at the U.S. Marshals Service office on the 3rd floor of the U.S. Courthouse at 9:00 a.m. on Friday, August 22, 2008.

All other previous conditions of release are to remain in effect.

//

//

IT IS SO STIPULATED:

DATED: Mongmong, Guam, August 19, 2008.

_____
JOHN T. GORMAN
Attorney for Defendant
JENNIFER M. AGBANLOG


_____

Attorney for Plaintiff
UNITED STATES OF AMERICA

2