

FILED
DISTRICT COURT OF GUAM

AUG 19 2008 RD

JEANNE G. QUINATA
Clerk of Court

JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:  (671) 472-7111
Facsimile:   (671) 472-7120

Attorney for Defendant
JENNIFER M. AGBANLOG

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 08-00024 |
| Plaintiff, | ) STIPULATION CONTINUING<br>) SENTENCING DATE |
| vs. | ) |
| JENNIFER M. AGBANLOG, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the sentencing currently scheduled for September 29, 2008, at 10:00 a.m., be continued be continued for approximately 6 weeks to a date convenient for the Court.

The parties request this new date as defense counsel will be unavailable from September 29 to October 6, 2008. Also, defendant's husband will be off-island on military duty from mid-September to the first week of November, 2008.

//

//

IT IS SO STIPULATED:

DATED: Mongmong, Guam, August 19, 2008.

_____
JOHN T. GORMAN
Attorney for Defendant
JENNIFER M. AGBANLOG

_____
Attorney for Plaintiff
UNITED STATES OF AMERICA