JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JENNIFER M. AGBANLOG

IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00024 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | Granting Stipulation to Continue Sentencing |
| JENNIFER M. AGBANLOG, | ) | |
| Defendant. | ) | |

Upon the Stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for

September 29, 2008 at 10:00 a.m. is hereby continued to November 12, 2008, at 9:30 a.m.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Aug 21, 2008**