JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:     (671) 472-7111
Facsimile:      (671) 472-7120

Attorney for Defendant
JENNIFER M. AGBANLOG

IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00024 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | Granting Stipulation to Modify the |
| | ) | Defendant's Pretrial Release Conditions |
| JENNIFER M. AGBANLOG, | ) | |
| | ) | |
| Defendant. | ) | |

Upon the Stipulation of the parties, it is hereby ordered that the Defendant's release is revoked for a period of 48 hours. The Defendant shall turn herself in at the U.S. Marshals' Office on the 3rd floor of the U.S. Courthouse on Friday, August 22, 2008 at 9:00 a.m. to begin serving the 48-hour period, which shall terminate on Sunday, August 24, 2008, at 9:00 a.m.



/s/ Joaquin V.E. Manibusan, Jr.
    U.S. Magistrate Judge
Dated: Aug 21, 2008